435
PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 26 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Keith Marshel Ivers          Case Number: 2:09CR00097-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 20, 2010       Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)    Date Supervision to Commence: March 3, 2014

Original Sentence: Prison - 48 months
                    TSR - 60 months            Date Supervision to Expire: March 2, 2019

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24   You shall reside in a residential reentry center (RRC) for a period of up to 90 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Recent contact with Mr. Ivers suggests the above-mentioned modification is appropriate, as he is a sex offender and scheduled to release from the custody of the Bureau of Prisons, on March 3, 2014, without an appropriate release address.  In an attempt to provide a conducive environment for supervision purposes, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Mr. Ivers was asked whether he would waive his right to a hearing and agree to the modification as previously described.  As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Ivers has agreed to the proposed modification.

It is anticipated that Mr. Ivers will secure adequate housing and employment while residing at the RRC.  If the Court concurs with the request for modification, it is requested he be allowed to release from the RRC when legitimate housing has been secured and approved by the undersigned officer.

Prob 12B
**Re: Ivers, Keith Marshel**
**February 26, 2014**
**Page 2**

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to allow Keith Marshel Ivers to reside at the RRC for a period of up to 90 days.

|  |  | Respectfully submitted, |
|---|---|---|
|  | by | s/Tommy Rosser |
|  |  | Tommy Rosser<br>U.S. Probation Officer<br>Date: February 26, 2014 |

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/26/14
Date